UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOSE DELGADO and CESAR CRUZ, on
behalf of themselves and all others similarly
situated,

                       17-cv-4621     (PK)

                Plaintiff,

                       **STIPULATION OF**
                       **DISMISSAL**

        -against-

SME MANAGEMENT CORP. and SAL
BONAVITA, individually,

                Defendants.
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties that this action shall be and is hereby dismissed in its entirety with prejudice and with each side bearing its own costs and fees.

Dated: New York, New York
           February 5, 2018

JAFFE GLENN LAW GROUP, P.A.          CLIFTON BUDD & DeMARIA, LLP

By: _____                By: _____
Jodi J. Jaffe                                        Arthur J. Robb
301 N. Harrison Street, Suite 9F, #306      Attorneys for Defendants
Princeton, New Jersey 08540               The Empire State Building
201-687-9977                                    350 Fifth Avenue, 61st Floor
                                                   New York, New York 10170
                                                   212-687-7410

                                                      SO ORDERED:

                                                 *Peggy Kuo*
                                                 PEGGY KUO
                                                 United States Magistrate Judge

Dated: Brooklyn, New York
         March 9, 2018